IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| GREGORY PATTON and | ) | |
| EVONELLE PATTON, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 4 : 09 CV 99 RLY WGH |
| | ) | |
| SWIFTY OIL CO, INC., and | ) | |
| SWIFTY GAS, INC., | ) | |
| both doing business as | ) | |
| SWIFTY FOOD MART, | ) | |
| and DOES 1–10, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This Court has considered a motion (brought by plaintiffs and concurred in by defendants) for preliminary approval of a class action settlement agreement in this matter.

The Court finds that the settlement is within the range of reasonableness and, further, that the requirements for class certification set forth in Fed.R.Civ.P. 23(a) and 23(b)(3) are satisfied. Therefore, the parties' settlement agreement may be and hereby is PRELIMINARILY APPROVED, and the class defined therein is CERTIFIED for the purposes of settlement – all subject to a further hearing to be held on the fairness and adequacy of the class action settlement, in accordance with Fed.R.Civ.P. 23.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants, if they have not already done so, shall promptly comply with the notice requirements set forth in 28 U.S.C. §1715.

2. The notice attached to the settlement agreement as <u>Exhibit 1</u> shall be posted 28 days after today's date (or, JUNE 11, 2010), and shall remain posted for no fewer than 56 days thereafter (or, AUGUST 6, 2010), in accordance with the terms of the agreement.

3. Class members may submit claim forms, request exclusion from the settlement, object to the settlement, or enter an appearance (personally or through their own counsel) – and may do any of these things within 56 days of the posting of notice (or, AUGUST 6, 2010), in accordance with the agreement.

4. This matter is set for a hearing on the fairness and adequacy of the settlement on OCTOBER 15, 2010 at 1:15 p.m. (Eastern Time) in Room 349 of the United States Courthouse, <u>INDIANAPOLIS</u>, Indiana.

5. The notices proposed by the parties are approved, as they meet the requirements of Fed.R.Civ.P. 23 and of due process. The notices and the claim form attached to the agreement may be modified by the parties to (a) include specifics set forth in this order (*e.g.*, the deadlines for class members to take action, the date and location of the fairness hearing, etc.) and (b) for the purposes of formatting and correcting typographical errors – *provided that* the substance of the notices are not materially changed and the notices remain readable and legible.

SO ORDERED this 14th day of May 2010.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION TO:

Daniel A. Edelman
EDELMAN COMBS LATTURNER & GOODWIN LLC
dedelman@edcombs.com

Jeffrey D. Mills
BOSE MCKINNEY & EVANS, LLP
jmills@boselaw.com

Theodore J. Nowacki
BOSE MCKINNEY & EVANS, LLP
tnowacki@boselaw.com

Thomas Everett Soule
EDELMAN COMBS LATTURNER & GOODWIN LLC
tsoule@edcombs.com

Philip Martin Toomajian
UNITED STATES DEPARTMENT OF JUSTICE
philip.toomajian@usdoj.gov